IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DILLON ANDREW SHADLE, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV186 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| STATE OF NEBRASKA, | ) | AND ORDER |
| | ) | |
| Respondent. | ) | |

Mr. Shadle has filed a petition for writ of habeas corpus. He was convicted of sexual assault on a child and child pornography. His petition is otherwise vague, incomplete, raises questions of state law only or asserts that he has had insufficient time to prepare his petition. In short, the petition is wholly insufficient. Therefore,

IT IS ORDERED that:

1. Petitioner shall file an entirely new petition no later than July 5, 2016, stating with specificity what, if any, federal claims he asserts. Petitioner shall utilize AO Form 241. Petitioner shall carefully complete the entirety of the form.

2. The Clerk shall provide Petitioner with AO Form 241.

3. If Petitioner fails to comply with this order, this case will be dismissed with prejudice.

4. The Clerk shall set a case management deadline: July 5, 2016– check for new petition.

DATED this 2nd day of June, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge