IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DILLON ANDREW SHADLE, | ) | |
| Petitioner, | ) | 8:16CV186 |
| v. | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

The Petitioner was ordered to file an amended petition but has failed to do so.

IT IS THEREFORE ORDERED that:

(1) This matter is dismissed without prejudice.

(2) No certificate of appealability will be granted.

(3) A separate judgment will be issued.

DATED this 8th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge